IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-MC-4-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TINA CHAPMAN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the court on the motion (D.E. 6) of the government to withdraw its motion for judicial assistance[1] (D.E. 1) in obtaining testimony from respondent pursuant to a Letter of Request issued by Landgericht Trier Regional Court, Germany. In support of the motion, the government states that upon further investigation of this matter, it was determined that the testimony of respondent is no longer required. As a result, the Department of Justice Office of International Judicial Assistance directed the government to close the file.

For the foregoing reasons, the motion is GRANTED, the Clerk is DIRECTED to close this case, and the show-cause hearing in this matter set for 12 March 2014 is CANCELLED.

SO ORDERED, this the 6th day of March 2014.

James E. Gates
United States Magistrate Judge

---

[1] While the government styles its motion as a one to withdraw a motion to show cause, it is more appropriately characterized as a motion to withdraw its motion for judicial assistance.